James Joseph OWENS, Petitioner–
Appellant,

v.

Warden Tyrane L. MORGAN; FCI
Butner–2, Respondents–
Appellees.

No. 11–6065.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 29, 2011.

Decided: July 21, 2011.

James Joseph Owens, Appellant Pro Se. Joshua Bryan Royster, Office of the Unit-

ed States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Joseph Owens, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Owens v. Morgan,* No. 5:08–hc–02062–D (E.D.N.C. Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*